(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SOLOMON, JEFFREY S.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**President of Jeff Solomon's Mt. Hope Servicenter, Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>8203 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>04-21727 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>844 East River Road<br>Rochester, New York 14623 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Monroe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED 04 APR 22 PM 3:48 U.S. BANKRUPTCY COURT WDNY-ROCHESTER

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☑ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ | | |
|---|---|---|---|---|---|---|---|---|
| **Estimated Assets** | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
| **Estimated Debts** | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☑ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s) **JEFFREY S. SOLOMON** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

X  /s/ Jeffrey S. Solomon
Signature of Debtor

X  **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

4/21/04
Date

**Signature of Attorney**

X  /s/
Signature of Attorney for Debtor(s)

**Louis A. Ryen, Esq.,**
Printed Name of Attorney for Debtor(s) / Bar No.

**Lacy Katzen Ryen & Mittleman LLP**
Firm Name

**130 E. Main Street (Granite Bldg)**
Address

**Rochester, NY 14604**

585-454-5650                585-454-6525
Telephone Number

4/21/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/                                         4/21/04
Signature of Attorney for Debtor(s)         Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c))

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Advanta
P.O. Box 30715
Salt Lake City, UT 84130-0715


Albur Management
34 Sunset Blvd.
Pittsford, NY 14534


American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002


American Express Optima
P.O. Box 360002
Ft. Lauderdale, FL 3336-0002


Arnold Golman, Esq.
3 Leeward Land
Rochester, NY 14618


Atlantic Richfield Oil Co.
515 S. Flower Street
Los Angeles, CA 90071


AZ Commercial
Dept. 303302454594
P.O. Box 9040
Des Moines, IA 50368-9040


Bank of America
P.O. Box 1848
Greensboro, NC 27420


Bank One
Card Member Services
P.O. Box 15153
Wilmington, DE 19886-5153

Capitol One
P.O. Box 25131
Richmond, VA 23276-0001


CarQuest Auto Parts Store
P.O. Box 503628
St. Louis, MO 63150-3628


Citi Bank
P.O. Box 8115
S. Hackensack, NJ 07606-8115


Citi Cards
P.O. Box 8103
S. Hackensack, NJ 07606


Citibank Ready Credit
P.O. Box 8120
S. Hackensack, NJ 07606-8120


Citibusiness Card
P.O. Box 6309
The Lakes, NV 88901-6309


Citifinancial
P.O. Box 25093
Rochester, NY 14625-0093


City of Rochester
City Hall, Room 11A
30 Church Street
Rochester, NY 14614


City of Rochester
City Treasurer
P.O. Box 14270
Rochester, NY 14614

Coffee Pause
160 Soffield Street
Agawam, MA 01001-2933


Cortese Ford
2500 W. Henreitta Road
Rochester, NY 14623


Dorschel Automotive Group
3817 W. Henrietta Road
Rochester, NY 14623


Dun & Bradstreet
4836 Brecksville Road
P.O. Box 523
Richfield, OH 44286


Energetix
P.O. Box 0593
Buffalo, NY 14240-0593


Erie Insurance Group
100 Erie Insurance Place
Erie, PA 16530


Foreign Auto Parts
60 Mt. Hope Avenue
Rochester, NY 14620


Frederick Buruto
34 Sunset Blvd.
Pittsford, NY 14534


Frontier
P.O. Box 23008
Rochester, NY 14692-3008

Goldman & Goldman
3 Leeward Lane
Rochester, NY 14618


Harter Secrest & Emery
1600 Bausch & Lomb Place
Rochester, NY 14604


Holtz Houseo of Vehicles
3925-3955 W. Henrietta Road
Rochester, NY 14623


Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029


HSBC Bank USA
Suite 0627
Buffalo, NY 14270


HSBC Bank USA
P.O. Box 37278
Baltimore, MD 21297-3278


Kevin Hogan, Esq.
Phillips Lytle et al
4300 HSBC Center
Buffalo, NY 14203


LaBella Associates
300 State Street
Rochester, NY 14614


M & T Bank
P.O. Box 90
Buffalo, NY 14240-0090

M & T Bank
P.O. Box188
Buffalo, NY 14240-0188


Marie Palermo
c/ Woods Oviatt Gilman
700 Crossroads Bldg.
2 State Street
Rochester, NY 14614

Marie Palermo
79 Tobety Court
Pittsford, NY 14534


MBNA America
P.O. Box 15137
Wilmington, DE 19886-5137


Michael S. Ray
110-C Linden Oaks
Rochester, NY 14625


Michael Tette
46 Loderdare Road

Rochester, NY 14624


Mobil-Exxon
P.O. Box 4575
Carol Stream, IL 60197-4575


Monroe County Treasury
B-2 County Office Bldg.
39 West Main Street
Rochester, NY 14614-1467


Moore's Tires Sales
One Moore Place
Rochester, NY 14606

NADA Auto Parts
W. Henrietta Road
Rochester, NY 14623


Nextel
P.O. Box 4192
Carol Stream, IL 60197-4192


NYS Dept. of Environmental Con.
Division of Spills Management
6274 East Avon Lima Road
Avon, NY 14414


NYS Dept. of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


O'Connor Chevrolet Inc.
3850 W. Henrietta Road
P.O. Box 20308
Rochester, NY 14623


Retailers National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317


Richard Holtlzberg, Esq.
300 Linden Oaks, Ste. 220
Rochester, NY 14625


Rochester Gas & Electric
89 East Avenue
Rochester, NY 14649


Ronald Tette
63 Phillrise Drive
Penfiled, NY 14526

Simbur Management
34 Sunset Blvd.
Pittsford, NY 14534


Sopus Products
P.O. Box 20089
Houston, TX 77216-0889


United Auto Supply
P.O. Box 504
Solvay, NY 13209


Wayside Realty Inc.
95 Allens Creek Road
Bldg. 2, Suite 301
Rochester, NY 14618


Wells Fargo
P.O. Box 6426
Carol Stream, IL 60197-6426


Zep Manufacturing
4836 Brecksville Road
P.O. Box 253
Richfield, OH 44286